

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00372-CV

CHARLES JACKSON, Appellant        §     On Appeal from the 30th District Court

                                  §     of Wichita County (178,964-A)

V.

                                  §     September 3, 2020

LCB DEALER MANAGEMENT, LLC        §     Opinion by Justice Womack
D/B/A LIPSCOMB CHEVROLET, LP,
Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that the

appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack